UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUAZZEZ MIRA, an individual,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation, and ACTALENT, INc. (aka/previously EASI LLC), a Maryland corporation,<br><br>　　　　　　Defendants. | CASE NO. 2:24-cv-01353-TL<br><br>ORDER ON MOTION TO EXTEND CASE DEADLINES |

　　　This matter is before the Court on Defendants' Motion to Extend All Case Deadlines. Dkt. No. 20. Having reviewed the relevant record, the Court GRANTS the motion. All current case deadlines are STRICKEN, to be reset if appropriate.

　　　Dated this 13th day of January 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　*(signature)*
　　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ON MOTION TO EXTEND CASE DEADLINES - 1