UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUAZZEZ MIRA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington Corporation, and ACTALENT, INc. (aka/previously EASI LLC), a Maryland corporation,<br><br>Defendants. | CASE NO. 2:24-cv-01353-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The record reflects that Plaintiff is currently represented by an attorney. However, Plaintiff filed a motion to dismiss *pro se* (without an attorney). Dkt. No. 19. Further, Defendants state that "it is unclear" whether Plaintiff is represented, and that Plaintiff's attorney of record told them that "his representation was terminated." Dkt. No. 20 at 2.

MINUTE ORDER - 1

1    Accordingly, to clarify the status of Plaintiff's representation, Plaintiff and/or Plaintiff's
2    attorney of record are ORDERED to file, **by January 27, 2025**, a motion in accordance with Local
3    Civil Rules 83.2(b)(1) or 83.2(b)(5). The Clerk SHALL renote the pending motions (Dkt. Nos. 16,
4    19) to January 27, 2025.

5    Dated this 13th day of January 2025.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2