UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUAZZEZ MIRA, an individual,<br><br>               Plaintiff,<br>   v.<br><br>MICROSOFT CORPORATION, a Washington Corporation, and ACTALENT, INc. (aka/previously EASI LLC), a Maryland corporation,<br><br>               Defendants. | CASE NO. 2:24-cv-01353-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. On January 13, 2025, the Court ordered Plaintiff and/or Plaintiff's attorney of record to file, by January 27, 2025, a motion in accordance with Local Civil Rules 83.2(b)(1) or 83.2(b)(5), which govern the withdrawal of attorneys and the appearance of a party *pro se*, respectively. Dkt. No. 22. In particular, LCR 83.2(b)(5) mandates that "a party represented by an attorney of record in a case," as Plaintiff currently is here,

> cannot appear or act on his or her own behalf in that case, or take
> any step therein, until after the party requests by motion to proceed
> on his or her own behalf, certifies in the motion that he or she has

ORDER TO SHOW CAUSE - 1

provided copies of the motion to his or her current counsel and to the opposing party, and is granted an order of substitution by the court terminating the party's attorney as counsel and substituting the party in to proceed pro se.

Neither Plaintiff nor Plaintiff's attorney of record has complied with the Court's Order. Failure to comply with a court order may result in involuntary dismissal and/or sanctions. *See* Fed. R. Civ. P. 41(b); LCR 11(c).

Accordingly, it is hereby ORDERED:

(1) Plaintiff is ORDERED TO SHOW CAUSE why this matter should not be dismissed for failure to prosecute (*i.e.*, comply with the Court's Order).

(2) Plaintiff's attorney of record is ORDERED TO SHOW CAUSE why they should not be sanctioned for failure to comply with the Court's Order.

(3) Responses to this Order SHALL be filed **by February 11, 2025**.

(4) The Clerk SHALL renote the pending motions (Dkt. Nos. 16, 19) to **February 11, 2025**.

Dated this 28th day of January 2025.

Tana Lin
United States District Judge