UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUAZZEZ MIRA, an individual,<br><br>     Plaintiff,<br> v.<br><br>MICROSOFT CORPORATION, a Washington Corporation, and ACTALENT, INc. (aka/previously EASI LLC), a Maryland corporation,<br><br>     Defendant. | CASE NO. 2:24-cv-01353-TL<br><br>ORDER |

   This matter is before the Court on the responses of Plaintiff and Plaintiff's attorney of record to the Court's Order to Show Cause. Dkt. No. 23 (order); Dkt. Nos. 24, 25 (responses). In the OSC, the Court ordered Plaintiff and Plaintiff's attorney of record to show cause why they did not comply with the Court's prior Order (Dkt. No. 22) that sought to clarify the status of Plaintiff's representation. Dkt. No. 23 at 2.

   In his response, Plaintiff's attorney of record states that he "overlooked" the Court's Order because he believed his representation was already terminated by Plaintiff's motion to

ORDER - 1

dismiss, and that he believes "an active conflict of interest" prevents him from taking any further action, as Plaintiff filed a grievance against him. Dkt. No. 24 at 2–3. In her response, Plaintiff states that she did previously intend to terminate her attorney's representation and did file a grievance against him. Dkt. No. 25 at 1–2. Plaintiff states that her failure to respond to the Court's Order was unintentional and that she now wishes to proceed with the case *pro se*. *Id.* at 2–3. Curiously, Plaintiff's attorney claims that he filed a motion to withdraw (Dkt. No. 24 at 2), and Plaintiff acknowledges such a motion (Dkt. No. 25 at 2), but there is no such motion on the docket of this case or Plaintiff's related case; the Court was never in receipt of such a motion. *See generally* Nos. C24-1353, C24-1512.

Based on the above responses, the Court will not dismiss this matter, nor will it sanction Plaintiff's attorney of record. The Court is satisfied that Plaintiff wishes to maintain this matter and will thus strike her motion to dismiss. Finally, to ratify the above information regarding the status of Plaintiff's representation, Plaintiff's attorney of record will be ordered to file a motion for withdrawal.

Accordingly, it is hereby ORDERED:

(1) Plaintiff's Motion for Dismissal Without Prejudice (Dkt. No. 19) is STRICKEN as withdrawn by Plaintiff.

(2) Plaintiff's attorney of record SHALL file a motion for withdrawal, in accordance with LCR 83.2(b)(1), **within seven (7) days** of this Order.

Dated this 11th day of February 2025.

Tana Lin
United States District Judge