# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MUAZZEZ MIRA, an individual,<br><br>              Plaintiff,<br>   v.<br><br>MICROSOFT CORPORATION, a Washington Corporation, and ACTALENT, INC. (aka/previously EASI LLC), a Maryland corporation,<br><br>              Defendants. | CASE NO. 2:24-cv-01353-TL<br><br>ORDER TO SHOW CAUSE |

This matter is before the Court *sua sponte*. On February 11, 2025, the Court ordered Plaintiff's attorney of record to file a motion for withdrawal, in accordance with LCR 83.2(b)(1), no later than February 18, 2025. Dkt. No. 26 at 2. To date, Plaintiff's attorney has not filed a motion for withdrawal or otherwise responded to the Court's Order. In order to be released from their obligations, Plaintiff's attorney needs to file a motion for withdrawal.

//

//

ORDER TO SHOW CAUSE - 1

Accordingly, Plaintiff's attorney of record is ORDERED TO SHOW CAUSE why they should not be sanctioned for failure to comply with the Court's Order (Dkt. No. 26). Responses to this Order SHALL be filed **by March 17, 2025**.

Dated this 3rd day of March 2025.

Tana Lin
United States District Judge